**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.  **CV 22-03801-JFW(SKx)**                           Date: **September 2, 2022**

Title:   Tefera Tibebu Beyene -v- Janet L. Yellen

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                              None

**PROCEEDINGS (IN CHAMBERS):**   **FURTHER ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

   On August 17, 2022, the Court issued an Order to Show Cause Re: Dismissal for Lack of Prosecution. On August 24, 2022, plaintiff filed a response. Plaintiff's response does not properly address the Court's Order to Show Cause. The Court will extend the Order to Show Cause until **September 16, 2022** to allow plaintiff an opportunity to file an Application for entry of default.

   No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the dismissal of this action.

   IT IS SO ORDERED.

Initials of Deputy Clerk  sr

(Rev. 10/1/04)